[Civil No. 3984.   Filed March 20, 1939.]

[88 Pac. (2d) 83.]

ALFONSO BETANCOURT, and SCCORRO BET-
ANCOURT, a Minor, ENEDINA BETAN-
COURT, a Minor, ARMANDO BETANCOURT,
a Minor, NOEMI BETANCOURT, a Minor, and
ESTHER BETANCOURT, a Minor, by AL-
FONSO BETANCOURT, Their Guardian Ad
Litem, Appellants, v. LOGIA SUPREMA DE
LA ALIANZA HISPANO-AMERICANA, a Cor-
poration, Appellee.

Mr. L. J. Cox, for Appellants.

Mr. Greg Garcia, for Appellee.

McALISTER, J.—Appellants seek a rehearing upon
the ground that they are entitled to judgment for the
premiums paid, $3.80, if not for the face of the policy.
These premiums were not tendered by appellee prior
to the filing of suit to recover on the policy and did
not when tendered include the costs appellants had
incurred up to that time.   This being the situation,
judgment for $3.80 should have been rendered in favor

of appellants, and this would have carried with it their costs in the superior court. The order entered by this court on February 6, 1939, affirming the action of the trial court in directing a verdict for appellee is modified to this extent.

ROSS, C. J., and LOCKWOOD, J., concur.